RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Alcede Molyer Melonson, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALCEDE MOLYER MELONSON, JR.,<br>Defendant. | Case No. 2:22-cr-00071-JAD-VCF-1<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Alcede Molyer Melonson, Jr., that the Arraignment and Plea Hearing currently scheduled on April 12, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense Attorney needs time to review indictment with client.

2. The defendant is in custody and agrees with the need for the continuance

3. The parties agree to the continuance.

This is the first request for a continuance of the Arraignment and Plea Hearing.

DATED this 11th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00071-JAD-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ALCEDE MOLYER MELONSON, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Arraignment and Plea Hearing currently scheduled for Tuesday, April 12, 2022 at 1:00 p.m., be vacated and continued to April 22, 2022 at the hour of 1:00 p.m., in Courtroom 3D.

DATED this 11th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE