# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:22-cr-00071-JAD-VCF |
| v. | **ORDER** |
| ALCEDE MOLYER MELONSON JR., | |
| Defendant. | |

Before the Court are the motion to dismiss counsel (ECF No. 21) and motion for status conference (ECF No. 22).

Temporary General Order 2020-05 authorizes the use of video conferencing (or telephone conferencing if video conferencing is not reasonably available) with the consent of the defendant after consultation with counsel.

Accordingly, IT IS HEREBY ORDERED that an in-person hearing is scheduled for **3:00 PM, May 11, 2022**, on the motion to dismiss counsel (ECF No. 21) and motion for status conference (ECF No. 22). Only counsel need to appear in-person. Defendant will appear by video conference.

DATED this 29th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE