# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THE UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ALCEDE MOLYER MELONSON, JR,

    Defendant(s).

2:22-cr-00071-JAD-VCF

**ORDER**

Before the Court is the motion to withdraw as counsel (ECF NO. 36).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as counsel (ECF NO. 36), is scheduled for 3:00 PM, April 11, 2023, in Courtroom 3D.

DATED this 30th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1