JASON FRIERSON
United States Attorney
Nevada Bar Number 7709
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Robedrt.Knief@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALCEDE MOLYER MELONSON, JR.,<br><br>　　　　Defendant, | Case No. 2:22-CR-0071-JAD-EJY<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice**<br><br>ECF No. 45 |

　　　The United States of America having moved to dismiss this case without prejudice under Federal Rule of Criminal Procedure 48(a), and the court having been advised that the defendant Alcede Molyer Melonson, Jr. is deceased, IT IS ORDERED that the motion to dismiss **[ECF No. 45] is GRANTED; this case is dismissed without prejudice**, all deadlines and trial are vacated, and the Clerk of Court is directed to CLOSE THIS CASE.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　April 19, 2024